NUMBER 13-01-122-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 _________________________________________________________________ 



TEXAS DEPARTMENT OF TRANSPORTATION, 

ET AL. , Appellants, 



v.

 

MAURITZ AND COUEY PETROLEUM 

MARKETING, ET AL. , Appellees. 

____________________________________________________________________ 



On appeal from the 23rd District Court

 of Wharton County, Texas.

 ____________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellants, TEXAS DEPARTMENT OF TRANSPORTATION, ET AL. , perfected an appeal from an order entered by
the 23rd District Court of Wharton County, Texas, in cause number 36,757 . After the record was filed, appellants filed a
motion to dismiss the appeal. In the motion, appellants state that this appeal is now moot. Appellants request that this
Court dismiss the appeal. 

 The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 15th day of March, 2001 .